UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Bamm oh
_____

SCANNED at
and Emailed
10/30/23 by JL . 13 pages
 date       initials    No.

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

Commissioner Angel Quiros
Jane Doe
Jane Doe
_____
_____

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

(rev. 11/7/22)

C. **DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1. First Defendant
   a. Full Name: Angel Quiros
   b. Rank or Title: Commissner D.O.C
   c. Workplace: 24 Wolcott hill Rd Westhersfield CT 06129

2. Second Defendant
   a. Full Name: Jane Doe
   b. Rank or Title: APRN - Pervider
   c. Workplace: BridgePort Correctionsl CenteR

3. Third Defendant
   a. Full Name: Jane Doe
   b. Rank or Title: Nurse Supvizor
   c. Workplace: BridgePort Correctional Center

4. Fourth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

3

6. Sixth Defendant

   a. Full Name:

   b. Rank or Title:

   c. Workplace:

**D.  REASON FOR COMPLAINT**

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.**

1. On my Bammoch Plaintiffs first visit with Jane Doe APRN in medical office at Bridgeport Correctional Center 10-12-2023 I had informed the APRN Jane Doe about my sleep apnea that I had Dozenes of sleep studys 3 of them in the Time I Have Been incarcerated The Study at UConn Medical Center states I have Obstructive Sleep apnea a sever case without a sleep (C-PaP) michiene I may Pass away in my Sleep.

2.

3.

4.

## Statements

11. The fact that the Department of Corrections and its Medical Staff have my hole medical file on computer are aware of my many physical illnessess some that are sever this is a violation of my 14th and 8th Amendment Civil Rights cruel and uncual Punishment I Bammch In 25 Years of the System have Been left, it's a sad Truth over worked and not very nice the lack of compation and Empathy towards I Bammch as a human Person has me scared for my life

12. also the Bridgeport Correctional Center Im In the Cell Blocks

## Statement

the new Center Building Cell Blocks Cell's have no Power Sorce To Plug a C-Pap machiene in To work this facility Bridgeport Correctonal Center is the only facility with no Power in there Cells witch is also a hard time for I Bammoh To have Preper medical items, and treatment

Sign

*[signature]*

Bammoh
10-28-23
261810

5. I Bammoh had Been informed the Department of Corrections,
6. Refused To alow my Bammoh's C-Pap machine in to the facility
7. I have writen multiple request and Grevieces To try To Be Scene
8. To GeT a C-PaP machere the facility has Placed my health and
9. my life as well I Bammoh have
10. writen To The CJarden, DepuTY wardens medical Supv,zers no responds. (see ATach)

If you need more space, attach additional pages, but be as brief as possible.

### E. REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

I Bammoh Plaintiff am asking In my releif from Angel Quiros $25,000.00 dollars Twenty five Thousand dollars on a Perfesional and Personal Copasity

5

see ATach

F.   DO YOU WISH TO HAVE A JURY TRIAL?  YES ☐  NO 

G.   PLAINTIFF'S CERTIFICATION AND WARNINGS

**Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1.   Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2.   Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3.   Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4.   Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.   Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

# Relief

I Bammoh also wish for $25,000.00 Twenty five thousand dollars from Jane Doe Aprn on a Perfectional and Personal Cupasity and Jane Doe medical Supuizer $25,000.00 Twenty five thousand Dollar Perfetional and Personal Cupasity with this Relief I also wish and asked this Court for my C-Pap machiene thrrew The Department of Corretions as King this for Physical and Emotional Damage

Bammoh
10-28-23

6. Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: *[signature]*

Signed at: __BCC 39-B Dayroom__ on __10-27-28__
          (Location)                        (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**